**LAW OFFICE OF JOY ANDERSON, LLC.**
**Eatontown Executive Center**
**One Main Street, Suite 202**
**Eatontown, New Jersey 07724**
**Phone: (732) 935-0666; Fax: (732) 935-0670**
**Email: JoyAndersonEsq@aol.com**
**Attorneys for Plaintiff**

**Documents Filed Electronically**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MATEO RAFAEL, LLC. | : | |
| | : | |
| | : | |
| Plaintiff | : | Civil Action No. |
| | : | |
| *vs.* | : | |
| | : | |
| BRYAN GRILL & PIZZERIA, INC., | : | **DEMAND FOR JURY TRIAL** |
| BRYAN DIALLO, HECTOR  BELLO, | : | |
| VICTOR BELLO,JOHN DOE MARY DOE | : | |
| (1-99) ABC CORP., I-X *(said names, being* | : | |
| *Fictitious, true names presently unknown)*, | : | |
| and XYZ EMPLOYER I-X *said names* | : | |
| *being fictitious, true names presently* | : | |
| *unknown* | : | |
| | : | |
| Defendants | : | |

### PLAINTIFF MATEO RAFAEL
### <u>COMPLAINT FOR TRADEMARK INFRINGEMENT</u>

   Plaintiff Mateo Rafael, LLC. ("Plaintiff") states as follows for its complaint against Bryan's Grill & Pizzeria, Inc. et al. & John Doe ("Defendants"):

### <u>THE PARTIES</u>

   1.    Plaintiff, Mateo Rafael, LLC, is a New Jersey corporation with its principal place of business located at 589 Cedar Avenue, West Long Branch, County of Monmouth and State of New Jersey.

Case 3:12-cv-07395-AET-DEA  Document 1  Filed 12/03/12  Page 2 of 44 PageID: 2
Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria
P a g e | 2

2.      Upon information and belief, Defendant Bryan Grill & Pizzeria, LLC is a New Jersey corporation with its principal place of business at 530 Springdale Avenue, Long Branch, NJ 07764.

3.      Upon information and belief, Defendant Bryan J. Diallo, residing at 250 6th Avenue in the City of Long Branch, County of Monmouth in the State of New Jersey is an owner and/or employee of Bryan Grill & Pizzeria, LLC.

4.      Upon information and belief, Defendant Victor Bello, residing at 310 6th Avenue, Apt. 113 in the city of Asbury Park, County of Mammoth in the State of New Jersey,  is an owner and/or employee of Bryan Grill & Pizzeria, LLC.

5.      Upon information and belief, Defendant Hector Bello, residing at 508 5th Avenue, Apt. 20 in the City of Asbury Park, County of Monmouth in the State of New Jersey is an owner and/or employee of Bryan Grill & Pizzeria, LLC.

6.      Mateo Rafael-Hernandez who is the managing Member of Mateo Rafael, LLC acquired 100% ownership of Nelly's Pizza & Grill, Inc.

7.      Nelly's Pizza & Grill, Inc. started to conduct business on May 1, 2001 at the same location; namely, 589 Cedar Avenue, West Long Branch, County of Monmouth in the State of New Jersey.

8.      Nelly's Pizza & Grill caters mainly to college students at Monmouth University and patrons of nearby hotels.  Such sandwich as "FAT SIGMAPI" enjoys widespread recognition and popularity.  A true and correct copy of Nelly's Pizza & Grill' menu is attached hereto and marked as "Exhibit 1."

9.      Defendant Bryan J. Diallo ("Bryan"), was hired by Mateo Rafael-Hernandez on January 4, 2007.

10.     Bryan J. Diallo was the night time manager and performed the duties incumbent upon a manager within Nelly's Pizza & Grill.  As part of his training, he was taught to make

Case 3:12-cv-07395-AET-DEA   Document 1   Filed 12/03/12   Page 3 of 44 PageID: 3
Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria
P a g e | **3**

Nelly's Pizza & Grill flagship sandwiches using Nelly's Pizza & Grill proprietary recipe.   He had access to Nelly's Pizza & Grill clients

11.     Defendants Hector Bello and Victor Bello who are also members of Bryan Pizzeria & Grill, LLC are former employees of Plaintiff.  Both Hector Bello ("Hector") and Victor ("Victor") Bello were delivery drivers for Plaintiff.

12.     The aforementioned parties formed and registered Bryan Grill & Pizzeria, LLC on or about December 20, 2011.  See "Exhibit 2." Subsequently, on or about May 4, 2012 the aforementioned parties abandoned their employment with Plaintiff.

## JURISDICTION AND VENUE

13.     This is an action arising under the trademark laws of the United States, 15 U.S.C. §1051 *et seq*. This Court has subject matter jurisdiction over this action under 15 U.S.C. § 1121. A substantial part of the events giving rise to this action have occurred and continue to occur in this judicial district.  As such, Defendants should reasonably expect that its activities might have consequences herein.

14.     Defendant Bryan Grill & Pizzeria, LLC is subject  to this Court's personal jurisdiction because, on information and belief, (1) it is a New Jersey corporation and/or has designated a registered agent in this district; (2) it does substantial business in this district; (3) it produces sandwiches and other food products identified and labeled with the infringing marks, which are available to its customers including customers in this district; and/or (4) it regularly solicits business from, do business with, and derives revenue from goods and/or services provided to customers in this district.

15.     Defendants Bryan J. Diallo, Hector Bello and Victor Bello are subject to this Court's personal jurisdiction because, on information and belief, they are owners and/or employees of Bryan Pizzeria & Grill, LLC.

Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria

P a g e | 4

16.     Venue is proper in this judicial district under 28 U.S.C. §1391(c) because the Defendant Bryan Pizzeria & Grill, LLC is incorporated, registered to do business in, and/or engages in significant business activities in this district as set forth in paragraphs 2-12 above and Defendants Bryan J. Diallo, Hector Bello and Victor Bello are owners and/or employees of Bryan Pizzeria & Grill, LLC.

## THE ASSERTED TRADEMARKS

17.     On or about June 14, 2012, Plaintiff applied to the United States Patent and Trademark Office ("USPTO") for registration of the marks. A true and correct copy of some of the applications of the mark is attached hereto and marked as "Exhibit 3-12."

18.     The marks have been used in the stream of commerce by Nelly's Grill & Pizzeria, Inc.

19.     Mateo Rafael, LLC wholly owns Nelly's Grill & Pizzeria.

20.     As such, Mateo Rafael, LLC owns one hundred percent (100%) of the marks.

## BACKGROUND

21.     Defendants have recently launched the restaurant.   Defendants produce sandwiches and other food products identified and labeled with the infringing marks, which are available to its customers including customers in this district.

22.     Defendants, at all times mentioned herein, have been, and are now, in the restaurant business.

23.     Defendants have not received authorization, nor obtained a license, from Mateo Rafael, LLC for any of its sandwiches.

24.     Defendants have been notified in writing of the marks and requested to cease and desist from directly and/or indirectly infringing said marks or otherwise causing said marks to be infringed. A true and correct copy of the cease and desist letter is attached hereto and marked as

Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria

"Exhibit 13."

25.     Despite receiving notice of its infringing activities, Defendants have continuously produces sandwiches and other food products identified and labeled with the infringing marks.

26.     Defendants are a competitor of Plaintiff.

27.     Upon information and belief, Defendants have sold or distributed its infringing product directly to Plaintiff's current customers and potential customers.

## FIRST CLAIM
### (TRADEMARK INFRINGEMENT BY DEFENDANTS)

28.     Plaintiff repeats, re-alleges and incorporates by reference the foregoing paragraphs as though the same were fully set forth at length herein

29.     Defendants offers for sale sandwiches labeled with the infringing marks.  A true and correct copy of Defendants' menu is attached hereto and marked as "Exhibit 14."

30.     Upon information and belief, Defendants make, use, offer to sell, or sell sandwiches labeled with the infringing marks.

31.     Plaintiff is the sole owner of the entire right, title, and interest in the marks.

32.     Upon information and belief, Defendants have been and is now infringing, actively inducing the infringement of, and/or contributing to the infringement of one or more of the marks identified in paragraph 10 of this Complaint by making, using, offering  to sell, or selling sandwiches labeled with the infringing marks.

33.     The Defendants' infringement of the marks has been and is willful.  Defendants were employed by the Plaintiff. Further, Defendant Bryan J. Diallo attempted to delete Plaintiff's Mateo Rafael, LLC Facebook page. See "Exhibit 15."

P a g e | **6**

34.     The Defendants' infringement has caused and will continue to cause Plaintiff irreparable harm unless enjoined by this Court.  Plaintiff has no adequate remedy at law.


## SECOND CLAIM
## (UNJUST ENRICHMENT)

35.     Plaintiff repeats, re-alleges and incorporates by reference the foregoing paragraphs as though the same were fully set forth at length herein.

36.     This cause of action arises under the common law.

37.     By the acts and activities of Defendants complained of herein, Defendants have been unjustly enriched.

38.     Defendants' conduct described above has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff in its sandwiches, its business, reputation, and good will.

39.     On information and belief, Defendants will continue to infringe Plaintiff's valuable right in its sandwiches to the detriment of Plaintiff unless restrained by this Court.

40.     Plaintiff has suffered and is continuing to suffer irreparable injury for which there is no adequate remedy at law.

41.     Plaintiff's damages from the aforesaid unlawful actions of Defendants, to the extent ascertainable, have not yet been determined.


## THIRD CLAIM
## (UNFAIR COMPETITION)

42.     Plaintiff repeats, re-alleges and incorporates by reference the foregoing paragraphs as though the same were fully set forth at length herein.

Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria

P a g e | 7

43.    On or about June 29, 2012, Bryan put in a deletion order for Nelly's Grill & Pizzeria Facebook page.  A copy of the order is attached hereto and marked as "See Exhibit 15."

44.    This cause of action arises under the common law.

45.    By the acts and activities of Defendants complained of herein, Defendants have been secretly and unfairly competing against Plaintiff.

46.    Defendants' conduct described above has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff in its sandwiches, its business, reputation, and good will.

47.    On information and belief, Defendants will continue to infringe Plaintiff's valuable right in its sandwiches to the detriment of Plaintiff unless restrained by this Court.

48.    Plaintiff has suffered and is continuing to suffer irreparable injury for which there is no adequate remedy at law.

49.    Plaintiff's damages from the aforesaid unlawful actions of Defendants, to the extent ascertainable, have not yet been determined.

## FOURTH CLAIM
### (TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS AND PROSPECTIVE ECONOMIC ADVANTAGE)

50.    Plaintiff repeats, re-alleges and incorporates by reference the foregoing paragraphs as though the same were fully set forth at length herein.

51.    Defendants are without excuse or justification but for the intent to harm Plaintiff.

52.    Defendants' conduct was actuated by actual malice or accompanied by wanton and willful disregard to Plaintiff's rights.

Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria

P a g e | **8**

53.     As a result of Defendants' conduct, Plaintiff's income is reduced thereby depriving Plaintiff of a reasonable profit from Plaintiff's investment.  Therefore, Plaintiff's economic advantage has been tortuously interfered with.

54.     As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff is injured.

55.     Plaintiff's damages from the aforesaid unlawful actions of Defendants, to the extent ascertainable, have not yet been determined.

## <u>FIFTH CLAIM</u>
### (CIVIL CONSPIRACY)

56.     Plaintiff repeats, re-alleges and incorporates by reference, the foregoing paragraphs as though the same were fully set forth at length herein.

57.     Defendants acted in concert to produce Nelly's flagship sandwiches thereby infringing Plaintiff's marks among other violations.

58.     Defendants' conduct was actuated by actual malice or accompanied by wanton and willful disregard to Plaintiff's rights.

59.     As a result of Defendants' conduct Plaintiff's income is reduced thereby depriving Plaintiff of a reasonable profit from Plaintiff's investment.  Therefore, Plaintiff's economic advantage has been tortuously interfered with.

60.     As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff is injured.

61.     Plaintiff's damages from the aforesaid unlawful actions of Defendants, to the extent ascertainable, have not yet been determined.

Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria

P a g e | **9**

## SIXTH CLAIM
## (PRIMA FACIE TORT)

62.     Plaintiff repeats, re-alleges and incorporates by reference the foregoing paragraphs as though the same were fully set forth at length herein.

63.     Defendants are without excuse or justification but for the intent to harm Plaintiff.

64.     Defendants' actions have resulted in special damages.

65.     Defendants' conduct was actuated by actual malice or accompanied by wanton and willful disregard to Plaintiff's rights.

66.     As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff is injured.

67.     Plaintiff's damages from the aforesaid unlawful actions of Defendants, to the extent ascertainable, have not yet been determined.

## SEVENTH CLAIM
## (MISAPPROPRIATION OF PROPRIETARY
## AND
## CONFIDENTIAL INFORMATION)

68.     Plaintiff repeats, re-alleges and incorporates by reference the foregoing paragraphs as though the same were fully set forth at length herein.

69.     Approximately four (4) months before leaving, Bryan recommended that another food business operation be opened for him to run. Further, he began to ask questions about the details of the business.

70.     Defendants are without excuse or justification but for the intent to harm Plaintiff.

71.     Defendants' actions have resulted in special damages.

Rafael Mateo, LLC vs. Bryan's Grill & Pizzeria

P a g e | **12**

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief against Defendants as follows:

(1)    Enter an order, pursuant to 15 U.S.C. §1125, preliminarily and permanently enjoining Defendants, its officers, directors, agents, employees and all persons in active concert or participation with it who receive actual notice of the injunction, by personal service or otherwise, from doing, abiding, causing or abetting infringing, contributing to the infringement and/or actively inducing the infringement of Plaintiff's marks.

(2)    That Defendants be required to deliver up to Plaintiff for destruction, at Defendants' expense, all the infringing products as complained of herein.

(3)    Adjudge that Defendants' infringement has been and is willful.

(4)    Order Defendants to account for and pay to Plaintiff the damages to which Plaintiff is entitled as a consequence of the infringement of the marks, together with interest and costs of suit pursuant to 15 U.S.C. § 1117.

(5)    Award Plaintiff enhanced damages up to treble the amount found or assessed pursuant to 15 U.S.C. § 1117(b) in light of Defendants' deliberate and willful infringement of the marks.

(6)    Declare this case "exceptional" and award Plaintiff its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

(7)    That Defendants be required to pay to Plaintiff damages to compensate Plaintiff for Defendants' unjust enrichment.

(8)    That the Court enters an order placing reasonable but effective restrictions on the future transactions and activities of Defendants so as to prevent fraud on the Court and so as to ensure the capacity of Defendants to pay, and the prompt payment of, any judgment entered against Defendants in this action.

(9)    That Plaintiff be awarded compensatory damages.

(10)    That Plaintiff be awarded punitive damages.

(11)    That Plaintiff be awarded its attorney's fees and the costs of this action.

(12)    Grant Plaintiff such other relief as is just and proper.

Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria

P a g e | **10**

72.    Defendants' conduct was actuated by actual malice or accompanied by wanton and willful disregard to Plaintiff's rights.

73.    As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff is injured.

74.    Plaintiff's damages from the aforesaid unlawful actions of Defendants, to the extent ascertainable, have not yet been determined.

## EIGHTH CLAIM
### (CONVERSION)

75.    Plaintiff repeats, re-alleges and incorporates by reference the foregoing paragraphs as though the same were fully set forth at length herein.

76.    Defendants are without excuse or justification but for the intent to harm Plaintiff.

77.    Defendants' actions have resulted in special damages.

78.    Defendants' conduct was actuated by actual malice or accompanied by wanton and willful disregard to Plaintiff's rights.

79.    As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff is injured.

80.    Plaintiff's damages from the aforesaid unlawful actions of Defendants, to the extent ascertainable, have not yet been determined.

## NINTH CLAIM
### (BREACH OF THE DUTY OF LOYALTY)

81.    Plaintiff repeats, re-alleges and incorporates by reference the foregoing paragraphs as though the same were fully set forth at length herein.

82.    Defendants are without excuse or justification but for the intent to harm Plaintiff.

Mateo Rafael, LLC vs. Bryan's Grill & Pizzeria

P a g e | **11**

83.     Defendants' actions have resulted in special damages.

84.     Defendants' conduct was actuated by actual malice or accompanied by wanton and willful disregard to Plaintiff's rights.

86.     As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff is injured.

87.     Plaintiff's damages from the aforesaid unlawful actions of Defendants, to the extent ascertainable, have not yet been determined.

Rafael Mateo, LLC vs. Bryan's Grill & Pizzeria

P a g e | **13**

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all triable issues of fact.

Dated: November 23, 2012          Respectfully submitted by:

The LAW OFFICES OF JOY ANDERSON, LLC
Attorneys for Plaintiff, Mateo Rafael, LLC.

_____

Joy Anderson
Emmanuel Coffy, Of Counsel
Attorneys for Plaintiff

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

The undersigned hereby certifies, pursuant to Local Civil Rule 11.2, that with respect to the matter in controversy herein, neither plaintiff nor plaintiff's attorney is aware of any other action pending in any court, or of any pending arbitration or administrative proceeding, to which this matter is subject.

The LAW OFFICES OF JOY ANDERSON, LLC
Attorneys for Plaintiff, Mateo Rafael, LLC.

DATED: November 23, 2012

_____

Joy Anderson
Emmanuel Coffy, Of Counsel
Attorneys for Plaintiff

**EXHIBIT 1**

Case 3:14-cv-07453-AET-DEA Document 17 Filed 12/02/15 Page 15 of 44 PageID: 95

589 Cedar Avenue, West Long Branch, NJ 07764

OPEN FROM: 11 am - 4 am
AND WE DELIVER FROM: 11 am - 4 am

New Menu Items

OPEN 7 Days



Ph: 732.923.1101
732.923.9237
Fax: 732.923.1102

Catering available 24 Hours

www.nellyspizza.com
online orders available

MasterCard VISA DISCOVER

NO CASH REFUNDS
CREDITS CAN NOT BE ISSUED ON FOOD ORDERS THAT WERE DELIVERED OR ALREADY RECEIVED

## HOME OF THE BEST FAT SANDWICHES

**FAT CAT** ............................................... 6.75
2 Cheeseburgers, Fries, Mayo, Ketchup, Lettuce, Tomato, Onions

**FAT NIGHTS** - Cheesesteak, Chicken Fingers, ..................... 6.75
Mozzarella Sticks, Fries, Marinara Sauce, Mozzarella Cheese

**FAT KOKO** - Cheesesteak, Fries, ...................................... 6.50
Marinara Sauce, Mozzarella Cheese, Mozzarella Sticks

**FAT SAM** - Cheesesteak, Grilled Chicken, ....................... 6.75
Fries, Lettuce, Tomato, Onions, Mayo & Ketchup

**FAT MOON** - Chicken Fingers, Bacon, Egg, Cheese, ............. 6.75
Fries, Mayo, Ketchup, Lettuce, Tomato, Onions

**FAT ELVIS** - Gyro Meat, Fries, White Sauce, Hot Sauce, ......... 6.75
Lettuce, Tomato, Onions, Mozzarella Sticks on a Pita

**FAT TONNES** - Grilled Chicken, Jalapeno Poppers, .............. 7.50
Fries, BBQ Sauce, Lettuce, Tomato, Onions & Cheese

**FAT MOM** - Cheesesteak, Bacon, Egg, ........................... 6.75
Fries, Mayo, Ketchup, Lettuce, Tomato, Onions

**FAT MOUTH** - Chicken Fingers, Jalapeno Poppers, ............. 7.50
Mozzarella Sticks, French Fries, Mayo, Ketchup, Lettuce, Tomato, Onions

**FAT JOEL** - Chicken Fingers, ...................................... 6.75
Mozzarella Sticks, Fries, Marinara Sauce, Mozzarella Cheese

**FAT SAL** - Chicken Fingers, ...................................... 6.75
Mozzarella Sticks, Fries, Marinara Sauce, Lettuce, Tomato

**FAT BLUNT** - Chicken Fingers, Mozzarella Sticks, ............. 6.75
Fries, Bacon, Honey Mustard, Lettuce, Tomato, Ketchup

**FAT WILLY** - Cheeseburger, Cheesesteak, ...................... 7.75
Chicken Fingers, Fries, Lettuce, Tomato, Mayo, Ketchup

**FAT BIG BOY** - Cheeseburger, Cheesesteak, Chicken Fingers, 8.00
Mozzarella Sticks, Fries, Mayo, Ketchup, Lettuce, Tomato

**FAT GRIMWAY** - Cheeseburger, Chicken Fingers, ............... 7.75
Mozzarella Sticks, Hot Sauce, Fries, Lettuce, Tomato, Onions

**FAT CHADWICK** - Cheeseburger, Mozzarella Sticks, .......... 7.75
Bacon, Curly Fries, Lettuce, Tomato, Ranch Dressing, Ketchup, Mayo

**FAT VAN COURT** - Cheesesteak, Chicken Fingers, .............. 7.75
Fries, Lettuce, Tomato, Onions, Honey Mustard on a Pita or Sub Roll

**FAT ROMANO** - Cheesesteak, Pork Roll, ....................... 6.75
Egg, Cheese, Fries, Mayo, Ketchup

**FAT AXP** - Cheesesteak, Chicken Fingers, Mozzarella Sticks, 6.75
Marinara Sauce, Curly Fries, Mozzarella Cheese

**FAT DAD** - Cheesesteak, Gyro Meat, Fries, Hot Sauce, ....... 6.75
White Sauce, Lettuce, Tomato, Onions

**VEGGIE BURGER FAT CAT** - Veggie Burger, Cheese, ........... 7.50
Fries, Lettuce, Tomato, Mayo, Ketchup, Onions

**FAT MUGS** - Chicken Fingers, ................................... 6.75
Mozzarella Cheese, Fries, Marinara Sauce, Parmesan Cheese

**FAT BODY BUILDER** - Grilled Chicken, Egg Whites, Yellow 7.75
American Cheese, Lettuce, Tomato, Ketchup, Salt & Pepper

**FAT GRAZ** - Grilled Chicken, American Cheese, Bacon, Hot Sauce on Pita 7.50

**HOKEY SPECIAL** - Grilled Chicken, Mozzarella Sticks, Fries, .. 7.50
Honey Mustard, Lettuce, Tomato, Onions on a Pita or Sub Roll

**CHICKEN FAT CAT** - Grilled Chicken, Cheese, Fries, ........... 7.50
Lettuce, Tomato, Onions, Mayo, Ketchup

**FAT TKE** - Cheesesteak Chicken Fingers, Mozzarella Sticks,... 7.50
Fries, Onion Rings, Marinara Sauce, Mozzarella Cheese

**FAT STEVEO** - Cheese Burger, Chicken Fingers, ................ 7.75
Mozzarella Sticks, Curly Fries, Lettuce, Tomato, Ketchup

**FAT MELLACI** - Meatballs, Mozzarella Sticks, Fries, Bacon, .... 7.50
Marinara Sauce & Mozzarella Cheese on a Sub Roll

**VEGGIE FAT MOUTH** - Mozzarella Sticks, Jalapeno Poppers, 7.50
Curly Fries, Mozzarella Cheese, Lettuce, Tomato, Mayo & Ketchup

**NELLY'S FAT CAT** - Chicken Fingers, Mozzarella Sticks, ....... 7.50
Fries, Bacon, Hot Wing Sauce, Lettuce, Tomato & Blue Cheese

**FAT PIGGY** - Chicken Fingers, Jalapeno Poppers, .............. 7.50
American Cheese, Ranch Dressing, Fries, Mild Wing Sauce, Lettuce, Tomato

**FAT SIGMAPI** - Chicken Fingers, Mozzarella Sticks, ........... 7.50
Curly Fries, Honey Mustard, Lettuce, Tomato, American Cheese, Ketchup

**VEGETARIAN FAT CAT** - Veggie Burger, Mozzarella Sticks, ... 7.50
Onions Rings, Fries, Lettuce, Tomato, American Cheese

**TURKEY BURGERS FAT CAT** - Turkey Burger, Lettuce, ........ 7.50
Tomato, Onion, Fries, Mayo, Ketchup

**FAT LEO** - Chicken Fingers, French Fries, Onions Rings, ....... 7.50
Mozzarella Sticks, Lettuce, Tomato, Mayo & Ketchup

**FAT JAY** - Grilled Chicken, Cheesesteak, Onion Rings, ......... 7.75
French Fries, Chicken Fingers, Lettuce, Honey Mustard & BBQ Sauce

**EXHIBIT 2**

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE

### CERTIFICATE OF FORMATION

### BRYAN GRILL & PIZZERIA LIMITED LIABILITY COMPANY
### 0400458963

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 12/20/2011 and was assigned identification number 0400458963. Following are the articles that constitute its original certificate.

**1. Name:**
   BRYAN GRILL & PIZZERIA LIMITED LIABILITY COMPANY

**2. Registered Agent:**
   CESAR GOMEZ

**3. Registered Office:**
   5 THIRD AVENUE
   LONG BRANCH, NJ 07740

**4. Business Purpose:**
   Restaurant

**5. Members/Managers:**
   BRYAN J DIALLO
   250 6TH AVENUE
   LONG BRANCH, NJ 07740
   HECTOR BELLO
   508 5TH AVENUE APT 20
   ASBURY PARK, NJ 07712
   VICTOR BELLO
   310 6TH AVENUE APT 113
   ASBURY PARK, NJ 07712

**6. Main Business Address:**
   530 STRINGVILLE AVENUE
   LONG BRANCH, NJ 07740

**Signatures:**
   BRYAN J DIALLO
   AUTHORIZED REPRESENTATIVE
   HECTOR BELLO
   AUTHORIZED REPRESENTATIVE
   VICTOR BELLO
   AUTHORIZED REPRESENTATIVE

FILED
DEC 20 2011
STATE TREASURER

LLC

Continued on next page ...

**EXHIBIT 3**

| | |
|---|---|
| **To:** | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85651820 - FAT SIGMAPI - TM/MR-003 |
| **Sent:** | 10/1/2012 3:42:41 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**      85651820

**MARK:** FAT SIGMAPI

**CORRESPONDENT ADDRESS:**
JOY ANDERSON, ESQ.
LAW OFFICE OF JOY ANDERSON, LLC
1 MAIN ST STE 202
EATONTOWN, NJ 07724-3906

**APPLICANT:**      Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
TM/MR-003
**CORRESPONDENT E-MAIL ADDRESS:**
JoyAndersonEsq@aol.com

# *85651820*

**CLICK HERE TO RESPOND**
http://www.uspto.gov/trademarks/te

**EXHIBIT 4**

| | |
|---|---|
| **To:** | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85660287 - FAT MOON - LM/MR-024 |
| **Sent:** | 10/1/2012 1:04:36 PM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**      85660287

**MARK:** FAT MOON

**CORRESPONDENT ADDRESS:**
   JOY ANDERSON, ESQ.
   LAW OFFICE OF JOY ANDERSON, LLC
   1 MAIN ST STE 202
   EATONTOWN, NJ 07724-3906

**\*85660287\***

**CLICK HERE TO RESPOND**
http://www.uspto.gov/trademarks/te

**APPLICANT:**      Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
   LM/MR-024
**CORRESPONDENT E-MAIL ADDRESS:**
   JoyAndersonEsq@aol.com

**EXHIBIT 5**

| To: | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 85652739 - FAT CAT - TM-MR-007 |
| Sent: | 10/1/2012 3:14:17 PM |
| Sent As: | ECOM105@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**      85652739

**MARK: FAT CAT**

**CORRESPONDENT ADDRESS:**
    JOY ANDERSON, ESQ.
    LAW OFFICE OF JOY ANDERSON, LLC
    1 MAIN ST STE 202
    WEST LONG BRANCH, NJ 07764

**APPLICANT:**      Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    TM-MR-007
**CORRESPONDENT E-MAIL ADDRESS:**
    JoyAndersonEsq@aol.com

**\*85652739\***

CLICK HERE TO RESPOND
http://www.uspto.gov/trademarks/te

**EXHIBIT 6**

| | |
|---|---|
| **To:** | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85651765 - FAT BLUNT - TM/MR-002 |
| **Sent:** | 10/1/2012 4:28:04 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**      85651765

**MARK:** FAT BLUNT

**CORRESPONDENT ADDRESS:**
    JOY ANDERSON
    LAW OFFICE OF JOY ANDERSON, LLC
    1 MAIN ST STE 202
    EATONTOWN, NJ 07724-3906

**APPLICANT:**      Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    TM/MR-002
**CORRESPONDENT E-MAIL ADDRESS:**
    JoyAndersonEsq@aol.com

**\*85651765\***

CLICK HERE TO RESPOND
http://www.uspto.gov/trademarks/te

**EXHIBIT 7**

| To: | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 85653521 - FAT BODY BUILDER - TM/MR-011 |
| Sent: | 10/1/2012 2:50:59 PM |
| Sent As: | ECOM105@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**APPLICATION SERIAL NO.**      85653521

**MARK:** FAT BODY BUILDER

**\*85653521\***

**CORRESPONDENT ADDRESS:**
    JOY ANDERSON, ESQ.
    LAW OFFICE OF JOY ANDERSON, LLC
    1 MAIN ST STE 202
    EATONTOWN, NJ 07724-3906

**CLICK HERE TO RESPOND**
http://www.uspto.gov/trademarks/te

**APPLICANT:**      Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    TM/MR-011
**CORRESPONDENT E-MAIL ADDRESS:**
    JoyAndersonEsq@aol.com

**EXHIBIT 8**

| To: | Mateo Rafael, LLC (JoyAndersonesq@aol.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 85660473 - FAT SAM - TM/MR-025 |
| Sent: | 9/28/2012 6:40:24 PM |
| Sent As: | ECOM108@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

APPLICATION SERIAL NO.      85660473

MARK: FAT SAM

\*85660473\*

CORRESPONDENT ADDRESS:
    JOY ANDERSON, ESQ
    LAW OFFICE OF JOY ANDERSON, LLC
    1 MAIN ST STE 202
    EATONTOWN, NJ 07724-3906

CLICK HERE TO RESPOND
http://www.uspto.gov/trademarks/te

APPLICANT:      Mateo Rafael, LLC

CORRESPONDENT'S REFERENCE/DOCKET NO :
    TM/MR-025
CORRESPONDENT E-MAIL ADDRESS:
    JoyAndersonesq@aol.com

**EXHIBIT 9**

| | |
|---|---|
| **To:** | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85652568 - FAT TKE - TM/Mr-006 |
| **Sent:** | 10/1/2012 3:18:34 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**     85652568

**MARK:** FAT TKE

**\*85652568\***

**CORRESPONDENT ADDRESS:**
JOY ANDERSON, ESQ.
LAW OFFICE OF JOY ANDERSON, LLC
1 MAIN ST STE 202
EATONTOWN, NJ 07724-3906

**CLICK HERE TO RESPOND**
http://www.uspto.gov/trademarks/te

**APPLICANT:**     Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
TM/Mr-006
**CORRESPONDENT E-MAIL ADDRESS:**
JoyAndersonEsq@aol.com

**EXHIBIT 10**

| | |
|---|---|
| **To:** | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85652534 - FAX AXP - TM/MR-004 |
| **Sent:** | 10/1/2012 3:20:34 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**    85652534

**MARK:** FAX AXP

**CORRESPONDENT ADDRESS:**
   JOY ANDERSON, ESQ.
   LAW OFFICE OF JOY ANDERSON, LLC
   1 MAIN ST STE 202
   EATONTOWN, NJ 07724-3906

**\*85652534\***

CLICK HERE TO RESPOND
http://www.uspto.gov/trademarks/t

**APPLICANT:**    Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
   TM/MR-004
**CORRESPONDENT E-MAIL ADDRESS:**
   JoyAndersonEsq@aol.com

**EXHIBIT 11**

| | |
|---|---|
| **To:** | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85652557 - FAT NIGHTS - TM/MR-005 |
| **Sent:** | 10/1/2012 4:23:17 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**APPLICATION SERIAL NO.**      85652557

**MARK:** FAT NIGHTS

**CORRESPONDENT ADDRESS:**
    JOY ANDERSON, ESQ.
    LAW OFFICE OF JOY ANDERSON, LLC
    1 MAIN ST STE 202
    EATONTOWN, NJ 07724-3906

**APPLICANT:**      Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    TM/MR-005
**CORRESPONDENT E-MAIL ADDRESS:**
    JoyAndersonEsq@aol.com

# *85652557*

CLICK HERE TO RESPOND
http://www.uspto.gov/trademarks/te

**EXHIBIT 12**

| | |
|---|---|
| **To:** | Mateo Rafael, LLC (JoyAndersonEsq@aol.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85653371 - CHICKEN FAT CAT - TM/MR-009 |
| **Sent:** | 10/1/2012 3:16:30 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**APPLICATION SERIAL NO.**    85653371

**MARK:** CHICKEN FAT CAT

**\*85653371\***

**CORRESPONDENT ADDRESS:**
    JOY ANDERSON, ESQ
    LAW OFFICE OF JOY ANDERSON, LLC
    1 MAIN ST STE 202
    EATONTOWN, NJ 07724-3906

**CLICK HERE TO RESPOND**
http://www.uspto.gov/trademarks/te

**APPLICANT:**    Mateo Rafael, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    TM/MR-009
**CORRESPONDENT E-MAIL ADDRESS:**
    JoyAndersonEsq@aol.com

**EXHIBIT 13**
**(2Pages)**

# THE LAW OFFICE OF JOY ANDERSON, LLC
## EATONTOWN EXECUTIVE CENTER, ONE MAIN STREET
### SUITE 202, EATONTOWN, NJ 07724
### TELEPHONE:  732-935-0666, FAX:  732-935-0670
#### JOYANDERSONESQ@AOL.COM

July 12, 2012

Bryan's Grill & Pizza
**Attention: OWNER**
530 Springdale Ave.
Long Branch, NJ 07740

RE:    USE OF NELLY'S GRILL AND PIZZERIA TRADEMARKS

Dear Sir/Madam:

We are the intellectual property and litigation counsel to Mateo Rafael, LLC, DBA Nelly's Grill & Pizzeria, located at 589 Cedar Avenue, West Long Branch, New Jersey.  Mateo Rafael, LLC, is the owner of a plurality of U.S. Registrations for a number of trademarks, including "FAT BLUNT," "FAT DAD," "FAT BIG BOY," etc. We are writing to you based on our client's recent awareness of your use of the marks "SUPER FAT BLUNT," "SUPER FAT DAD,"  "SUPER FAT BIG BOY," etc. in connection with food services.

As a former employee of Mateo Rafael, LLC, DBA Nelly's Grill & Pizzeria, you are aware of its long use of these marks in connection with providing food services. These marks have been in continuous use since 2001 and are well-recognized throughout New Jersey for its services.   Evidence of the registration of each trademark is available at the United States Patent and Trademark website.

For approximately eleven years Mateo Rafael, LLC, DBA Nelly's Grill & Pizzeria has expended an incalculable amount of time, money, and resources in promoting its

trademarks.   As such, Mateo Rafael, LLC is concerned with your use of the marks preceded by "SUPER" in connection with food services.  Given the food service at issue, such use of our client's marks is likely to cause consumer confusion with respect to the source or sponsorship of your services.

Bryan's Grill & Pizza marks are nearly identical to our client's marks. Furthermore, Bryan's Grill & Pizza marks are used in connection with food services just like our client's marks and is located in very close proximity to Nelly's Grill & Pizzeria. Consequently, "SUPER FAT BLUNT" "SUPER FAT DAD," "SUPER FAT BIG BOY," etc. confuse the public to the detriment of our client's rights in contravention to Federal, State Trademark and Unfair Competition laws.

Accordingly, we must request that you discontinue use of the marks "SUPER FAT DAD," "SUPER FAT BIG BOY," etc.   As a business owner we trust you will appreciate that trademark law requires Rafael Mateo, LLC to protect its intellectual property.  Given the recent discovery of such use, it is our hope that we can quickly and amicably resolve this matter.

This is a matter of significant importance to our client and we must request that you provide written confirmation of your discontinuation of use of the marks by no later than July 26, 2012.

Sincerely,

Joy Anderson, Esq.

**EXHIBIT 14**

# BRYAN'S GRILL & PIZZA

WE DELIVER

**732-728-2222**
FAX:732-728-2223

Open 7 Days a Week
11 AM - 4 AM

**530 Springdale Ave.**
Long Branch, NJ

www.BryansGrillandPizzeria.com

## SUPER FAT SANDWICHES

**Super Fat Blunt** Chicken fingers, mozzarella sticks, fries, bacon, ...................... 5.75
honey mustard, lettuce, tomato and ketchup

**Super Fat Big Boy** Cheeseburger, cheesesteak, chicken fingers, ...................... 6.99
mozzarella sticks, fries,mayo, ketchup, lettuce, tomato

**Super Fat Darrelle**............................................................................ 5.99
Chicken fingers, mozzarella sticks, mozzarella cheese, marinara sauce and fries

**Super Fat Sigmapie** Chicken fingers, mozzarella sticks, ...................... 6.99
curly fries, honey mustard, lettuce, tomato, American cheese and ketchup

**Super Fat AXP** Cheesesteak, chicken fingers, mozzarella sticks, ...................... 5.75
marinara sauce, curly fries and mozzarella cheese

**Super Fat Night** Cheesesteak, chicken fingers, mozzarella sticks, ...................... 5.99
marinara sauce, fries and mozzarella cheese

**Super Fat TKE** Cheesesteak, chicken fingers, ...................... 6.50
mozzarella sticks, fries, onion rings, marinara sauce and mozzarella cheese

**Super Fat Dutch** Chicken fingers, mozzarella sticks, ...................... 6.99
onion rings, bacon, curly fries, honey mustard, ketchup, lettuce and tomato

**Super Fat Blotch** Cheesesteak, chicken fingers, mozzarella sticks, ...................... 6.75
fries, mayo, ketchup, lettuce and tomato

**Super Fat Cat** 2 cheeseburgers, fries, lettuce, tomato, onions, ketchup and mayo ... 5.75

**Super Fat Martha Focker** Cheeseburger, cheesesteak, ...................... 6.99
grilled chicken, onion rings, fries, lettuce, tomato, mayo, ketchup

**Super Fat Mojo** Chicken fingers, gyro meat, mozzarella sticks, ...................... 6.99
fries, white sauce, hot sauce, jalapeno poppers, lettuce, tomato and mayo

**Super Chicken Fat Cat** Grilled chicken, fries, lettuce, tomato, onions, ketchup and mayo 6.99

**Super Fat Bastard** Gyro meat, cheddar poppers, chicken fingers, ...................... 6.99
mozzarella sticks, white sauce, hot sauce, lettuce, tomato and onions

**Super Fat Bryan** Buffalo chicken, fried, bacon, celery, lettuce, tomato, blue cheese or ranch 6.50

**Super Fat Jimbo** ...................... 5.99
Cheeseburger, pickles, bacon, fries, ketchup, tomato, blue cheese or ranch

**Super Fat Body Builder** ...................... 6.99
Grilled chicken, egg whites, American yellow cheese, lettuce, tomato, onions

**Super Fat King** Cheesesteak, chicken fingers, ...................... 6.99
mozzarella sticks, bacon, fries, honey mustard, ketchup, lettuce and tomato

**Super Fat Romano** ...................... 5.99
Cheesesteak, pork roll, eggs, American yellow cheese, fries, mayo and ketchup

**Super Veggie Burger Fat Cat** ...................... 6.99
2 veggie cheeseburgers, fries, lettuce, tomato, onions, ketchup, mayo

**Super Fat Dad** ...................... 5.99
Cheesesteak, gyro meat, fries, hot sauce, white sauce, lettuce, tomato and mayo

**Super Fat Drunk Guy** Cheeseburger, chicken fingers, cheesesteak, ...................... 9.49
gyro meat, meatballs, mozzarella cheese, grilled chicken, onions rings, bacon, fries,
jalapeno poppers, lettuce, tomato onions and mayo

**Super Old School Big Boy** Cheesesteak, cheeseburger, chicken fingers, ...................... 6.75
mozzarella sticks, eggs, fries, mayo and ketchup

**Super Fat Leo** Chicken fingers, french fries, onion rings, ...................... 6.75
mozzarella sticks, lettuce, tomato, mayo and ketchup

**Super Fat Stuyvesant** Cheesesteak, bacon, pork roll, mayo, ...................... 6.75
ketchup, parmesan cheese, curly fries, mozzarella sticks with melted mozzarella cheese

**Super LB Fat Cat** Chicken fingers, mozzarella sticks, cheddar poppers, ...................... 6.75
fries, marinara sauce, mozzarella cheese

**Super LB PD** Cheesesteak, pork roll, eggs, fries, mayo, ketchup ...................... 5.99

**Super LB FD** Cheesesteak, cheddar poppers, pork roll, ...................... 6.75
eggs, fries, chicken fingers, mayo, ketchup, lettuce and tomato

**Super Fat Stevo** Cheese burger, chicken fingers, ...................... 6.75
mozzarella sticks, curly fries, lettuce, mayo and ketchup

**Super Fat Koko** ...................... 6.75
Cheesesteak, fries, marinara sauce, mozzarella cheese, mozzarella sticks

**Super Fat Moon** ...................... 5.75
Chicken fingers, bacon, eggs, cheese, fries, mayo, ketchup, lettuce, tomato, onions

**Super Fat Sam** ...................... 5.75
Cheesesteak, grilled chicken, fries, lettuce, tomato, onions, mayo, ketchup

**Super Fat Sal** Chicken fingers, mozzarella sticks, fries, marinara sauce, lettuce, tomato,... 6.75

**Super Fat Chadwick** Cheese burger, mozzarella sticks, bacon, ...................... 6.75
curly fries, lettuce, tomato, ranch dressing, ketchup, mayo

**EXHIBIT 15**

 Work Pending

# Call

Work Pending Detail

Edit | Delete | Create Follow Up Work Pending | Create Follow Up Event

Attachments [0]

## ▼ Task Information

| | |
|---|---|
| Assigned To | Lauren Debrowski |
| Subject | Call |
| Due Date | 6/29/2012 |
| Number of Calls not in System | |
| Comments | Called Mateo because a disgruntled ex employee put in a deletion order for the Facebook page. I undid the deletion and t |

Related To

Name

## ▼ Additional Information

| | |
|---|---|
| Status | Completed |
| Priority | Normal |

Phone

Email

## ▼ System Information

| | |
|---|---|
| Created By | Lauren Debrowski, 6/29/2012 10:48 AM |

Last Modified By

Reminder

Reminder